JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 23-07967-CJC (DFMx)          Date: October 25, 2023

Title: ZACHARY RICHMOND v. VIVENDI TICKETING US LLC

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER ADMINISTRATIVELY CLOSING CASE**

       The Court consolidated this case with related cases *Peterson v. Vivendi Ticketing US LLC, d/b/a See Tickets, Inc.*, Case No. 2:23-cv-07498, *Fitzgerald v. Vivendi Ticketing US LLC, d/b/a See Tickets, Inc.*, Case No. 2:23-cv-07887, and *Richmond v. Vivendi Ticketing US LLC, d/b/a See Tickets*, Case No. 2:23-cv-07967. (Dkt. 17.) All future filings shall be made only in the low number case, *Peterson v. Vivendi Ticketing US LLC, d/b/a See Tickets, Inc.*, Case No. 2:23-cv-07498. This case is administratively **CLOSED.** No further filings shall be made in this case.

cb

MINUTES FORM 11
CIVIL-GEN                                                                    Initials of Deputy Clerk RRP